**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA MCKENZIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-0327 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 13, 2021<br><br>(Doc. 16) |

On January 13, 2021, the Court ordered the Commissioner to show cause why sanctions should not be imposed for failure to comply with the scheduling order or, in the alternative, to serve a response to Plaintiff's confidential letter brief. (Doc. 16)  The following day, the Commissioner proof of service of his responsive confidential brief. (Doc. 17) Accordingly, the Court **ORDERS**: the order to show cause dated January 13, 2021 (Doc. 16) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:　**January 19, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1